IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **CLAYLAND FARM ENTERPRISES, LLC** | * | |
| | * | |
| Plaintiff | * | |
| v. | * | Civil Action No. 1:14-cv-03412-ELH |
| | * | |
| **TALBOT COUNTY, MARYLAND, et al.** | * | |
| | * | |
| Defendants. | * | |

## MOTION FOR CONSOLIDATION

Plaintiff, Clayland Farm Enterprises, LLC, by and through its undersigned counsel, hereby moves the Court, pursuant to Federal Rule of Civil Procedure 42, for an order consolidating Civil No. JFM-15-2410 with the above-captioned case for the reasons set forth in Plaintiff's Memorandum of Law filed herewith.

WHEREFORE, Plaintiff respectfully requests that this Court grant the Motion for Coonsolidation and Order both cases to proceed under the above-captioned heading and case number.

Respectfully submitted,

/s/ _____
Warren Rich (#00270)
Mark F. Gabler (#23105)
wrich@richlaw.com
mgabler@richlaw.com
RICH AND HENDERSON, P.C.
51 Franklin Street, Suite 300
Annapolis, Maryland 21401
Phone (410) 267-5900
Facsimile (410) 267-5901
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 9th day of December, 2016, a copy of the foregoing Motion for Consolidation was sent via the Federal Court's Electronic Case Filing System to:

Victoria M. Shearer, Esq.
E.I. Cornbrooks, IV, Esq.
Karpinski, Colaresi & Karp, P.A.
120 East Baltimore Street, Suite 1850
Baltimore, Maryland 21201
*Attorneys for Talbot County Defendants*

Paul J. Cucuzzella, Esq.
Department of Planning
301 W.Preston Street, Suite 1101
Baltimore, Maryland 21201
*Attorney for Maryland Department of Planning*

/s/
MARK F. GABLER
Fed. Bar No. 23105