UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

May 5, 2017

MEMO TO COUNSEL RE: Clayland Farms Enterprises, LLC v. Talbot County, Maryland, et al.
Civil No. JFM-14-3412

Dear Counsel:

I have reviewed the memoranda submitted in connection with the Talbot County defendants' renewed motion to dismiss. The motion (document 42) is denied without prejudice to defendants making the same arguments by way of a motion for summary judgment.

I have also reviewed the Maryland Department of Planning's renewal motion to dismiss. The renewal (document 41) is granted. I am satisfied that MDP serves only in the consultative or advisor capacity, and that it exercises no authority over local enactment of venues planning or zoning laws or ordinances.

Plaintiff's motion for leave to file sur-reply (document 54) and its motion for consolidation (document 35) are granted.

A conference call will be held on __June 2, 2017__ at __9:30__ a.m. to discuss the appropriate schedule in this case. I ask counsel for plaintiff to initiate the call.

Enclosed is a tentative scheduling order with approximate dates for your information. Please consult with one another before the call and be prepared to discuss whether you would like to participate in a settlement conference either before or after the completion of discovery, any changes to the dates in the form scheduling order, and whether there is unanimous consent to proceed before a U.S. Magistrate Judge for all proceedings.

Also enclosed is a letter regarding a call-in hour program for the resolution of discovery disagreements.

Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Very truly yours,

J. Frederick Motz
United States District Judge